**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:17 cv 318**

| | | |
|---|---|---|
| **RONALD R. SCARBOROUGH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **RENTAL UNIFORM SERVICE OF** | ) | |
| **STATESVILLE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 4] filed by Penny C. Wofford, counsel for Defendant Rental Uniform Service of Statesville, Inc.

Upon review of the motions, it appears that Lucas J. Asper is a member in good standing with the South Carolina Bar and will be appearing with Penny C. Wofford, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 4]. The Court **ADMITS** Lucas J. Asper to practice *pro hac vice* before the Court while associated with local counsel.

Signed: December 11, 2017

Dennis L. Howell
United States Magistrate Judge