IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cv 318

| | |
|---|---|
| RONALD R. SCARBOROUGH, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| RENTAL UNIFORM SERVICE OF ) STATESVILLE, INC., ) | |
| Defendant. ) | |

Before the Court is the consent Motion to Amend the Complaint and Extend Deadlines [# 8]. Plaintiff moves for leave to amend his complaint. Defendant has consented. Further, the parties move to extend deadlines from the pretrial order. Upon review of the Motion, the Court has determined to allow the extensions.

For good cause shown, the Court **GRANTS** the Motion [# 8]. Plaintiff has leave to file his amended complaint. Further, the following deadlines have been modified:

        **Discovery:**        **November 1, 2018**
        **Mediation:**        **November 15, 2018**
        **Motions:**         **December 1, 2018**
        **Ready for Trial:**   **June 4, 2019**

Signed: July 30, 2018

Dennis L. Howell
United States Magistrate Judge